**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| **JENNIFER SCOTT,** | ) | |
| **Individually and on behalf of all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 2:20-cv-00267-MSD-LRL** |
| **v.** | ) | |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S**
**MOTION FOR A MORE DEFINITE STATEMENT**

Defendant Portfolio Recovery Associates, L.L.C. ("PRA" or "Defendant"), by counsel, and

pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, submits the following Motion for

a More Definite Statement.  For the reasons discussed in the accompanying Memorandum of Law,

PRA respectfully requests that the Court grant this Motion and order Plaintiff Jennifer Scott to

provide a more definite statement as to the purported collective group she seeks to represent.

Dated: June 23, 2020                    Respectfully submitted,

                                        **PORTFOLIO RECOVERY ASSOCIATES,**
                                        **L.L.C.**

                                        By: */s/ Robert W. McFarland*
                                        Robert W. McFarland (VSB # 24021)
                                        Amy Morrissey Turk (VSB # 44957)
                                        MCGUIREWOODS LLP
                                        World Trade Center
                                        101 West Main Street, Suite 9000
                                        Norfolk, Virginia 23510
                                        Phone:  (757) 640-3716
                                        Fax:  (757) 640-3966
                                        rmcfarland@mcguirewoods.com
                                        aturk@mcguirewoods.com

Joel S. Allen (Admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
Phone:  (214) 932-6400
Fax:  (214) 932-6499
jallen@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2020, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: June 23, 2020                        Respectfully submitted,

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C.**

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB # 24021)
Amy Morrissey Turk (VSB # 44957)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone:  (757) 640-3716
Fax:  (757) 640-3966
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Joel S. Allen (Admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
Phone:  (214) 932-6400
Fax:  (214) 932-6499
jallen@mcguirewoods.com