IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JENNIFER SCOTT, )<br>Individually and on behalf of all others )<br>similarly situated, )<br>    Plaintiff, )<br>)<br>    v.  )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, L.L.C. )<br>    Defendant. )<br>_____) | Civil Action No. 2:20CV267 (RCY) |

**ORDER**

This matter is before the Court on the parties' Joint Motion and Memorandum to Approve Addendum to Collective and Class Action Settlement Agreement (ECF No. 66). Finding it appropriate to do so, the Court GRANTS this Joint Motion. The Addendum is approved and Exhibit 4 of the Collective and Class Action Settlement Agreement is replaced by the "Amended Exhibit 4" attached to the Addendum, extending the State Maximum Statute of Limitations to be used for calculating Qualifying State Works Weeks for Nevada from two years to four years.

The deadlines dictated by the terms of the Collective and Class Action Settlement Agreement are extended as may be necessary to accommodate the incorporation of the Amended Exhibit 4 into the Collective and Class Action Settlement Agreement.

It is so ORDERED.

                                                          /s/
                                          Roderick C. Young
                                          United States District Judge

Richmond, Virginia
Date: May 5, 2021