# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| JENNIFER SCOTT, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, L.L.C.<br><br>Defendant. | Case No. 2:20cv267(RCY) |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FLSA COLLECTIVE ACTION

Plaintiffs Jennifer Scott, Danny Lynn Jones, Delanie Butler, Tiarra Poteat, Pakisha Streater, Mary Bunker, Johnny Tabor, Jr., and Rhiannon Allen, individually and on behalf of all others similarly situated ("Representative Plaintiffs"), respectfully move for final approval of the settlement agreement entered between the parties. Defendant Portfolio Recovery Associates, L.L.C. does not oppose this motion for purposes of settlement only. If the Court does not finally approve the settlement agreement made between the parties, Defendant reserves the right to oppose class and collective certification. In support of this Motion, Plaintiff has contemporaneously filed a memorandum addressing the relevant law and facts.

WHEREFORE, for the reasons set forth in the supporting memorandum, Plaintiffs respectfully requests that this Court grant this Unopposed Motion for Final Approval of the Class Action Settlement Agreement, and certify the proposed Rule 23 Class and FLSA Collective identified herein for the purpose of settlement, determine that the Class Action Settlement Agreement and Release, and Amendment thereto, between the Parties is fair, reasonable, and

adequate, approve the requested incentive payments, and approve the Settlement Agreement between the Parties.

Dated: October 4, 2021  Respectfully submitted,

By: */s/ Zev Antell*
Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
**BUTLER CURWOOD, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: harris@butlercurwood.com
zev@butlercurwood.com

**Clif Alexander** *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Attorneys in Charge for Representative Plaintiffs and Putative Collective/Class Members***

**CERTIFICATE OF CONFERENCE**

I hereby certify that Class Counsel has conferred with Counsel for Defendant and they are not opposed to the filing of this Motion or the relief requested herein.

/s/ *Zev Antell*
Zev Antell

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Zev Antell*
Zev Antell